UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>   Plaintiff,  )<br>             )<br>   v.         )<br>             )<br>Amado Alvarez-Ruelas  )<br>             )<br>   Defendant,  )<br>_____)  | '08 MJ 1206<br><br>**COMPLAINT FOR VIOLATION OF**<br><br>Title 21, U.S.C., Sections 952 and 960<br>Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about April 18, 2008, within the Southern District of California, Amado Alvarez-Ruelas, did knowingly and intentionally import approximately .02 kilograms of heroin, a Schedule I Controlled Substance and .22 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Nicole Caughey, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF APRIL 2008.

MAGISTRATE JUDGE

**Probable Cause Statement**

I, Special Agent Nicole Caughey declare under penalty of perjury, the following is true and correct.

On April 18, 2008, at approximately 1957 hrs, Amado Alvarez-Ruelas, a Mexan citizen and national, attempted entry into the United States from the Republic of Mexico at the Otay Mesa Port of Entry. Alvarez-Ruelas was the driver and sole occupant of a tan 1999 Toyota Camry bearing Baja California license plate BBR5282. Customs and Border Protection (CBP) Officer Isaac Perez was assigned to primary inspection duties on lane 8 and received a valid B1/B2 Border Crossing card from Alvarez-Ruelas. Officer Perez referred the vehicle to the secondary inspection area and escorted Alvarez-Ruelas to the security office where a pat-down was conducted. The pat-down resulted in the discovery of a small black package in the subject's jacket that contained a clear crystal substance and a dark brown rocky substance.

The package was subsequently turned over to CBP Officer William Wilcox who was assigned to process the package. The package consisted of a metal container covered in black tape. The metal container held one bag that contained a clear crystal substance and another bag that contained a dark brown rock like substance. A presumptive test of the contents of the package containing the crystal substance revealed a positive reaction to the presence of methamphetamine. A presumptive test of the contents of the package containing the brown rock like substance revealed a positive reaction to the presence of heroin. The bag containing the methamphetamine had a net weight of .22 kilograms and the bag containing the heroin had a net weight of .02 kilograms.

Post-Miranda, Alvarez-Ruelas admitted knowledge of carrying narcotics on his person. Alvarez-Ruelas stated that was to be paid approximately $300 for smuggling the narcotics into the United States. Alvarez-Ruelas stated that he was directed to deliver the narcotics to an unidentified male at the Costco off of Market Street, in San Diego.

Alvarez-Ruelas was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.

Executed on April 19, 2008 at 1100 hours.

Nicole Caughey _/s/ Nicole M. Caughey_
Special Agent
U.S. Immigration and Customs Enforcement (ICE)

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant Amado Alvarez-Ruelas named in the probable cause statement committed the offense on April 18, 2008 in violation of Title 21, United States Code, Section (s) 952 & 960 and United States Code Section 2.

_/s/_     4/19/08 @ 12:14 p.m.
United States Magistrate Judge

TOTAL P.03